```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    24-cr-117 (LAP)
         -v.-                       :
                                    :    ORDER
JOHN MATTERA,                       :
                                    :
              Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Defendant John Mattera requesting documents in the above-captioned case. (See dkt. no. 17). Counsel for Mr. Mattera shall provide Defendant with copies of the materials requested or submit a letter advising the Court as to the reasoning for withholding any materials by February 14, 2025.

**SO ORDERED.**

Dated:    New York, New York
            January 27, 2025

                                _Loretta A. Preska_
                                LORETTA A. PRESKA
                                Senior United States District Judge