**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

February 14, 2025

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Honorable Richard J. Sullivan
United States Circuit Judge
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

> Re:    ***United States v. John Mattera***
> **24 Cr. 117 (LAP)**
> **12 Cr. 127 (RJS)**

Your Honor:

Since there has been a complete breakdown in the attorney-client relationship, I write to respectfully request that I be relieved as Mr. Mattera's attorney and that this Court assign him a new attorney from the CJA Panel.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:    Matthew Shahabian, Esq.
Marguerite Colson, Esq.
Assistant United States Attorneys
By Electronic Mail