2/10/2025

Dept of Public Defender (CJA)
SDNY
500 Pearl Street
New York NY 10007


Re: John Andrew Mattera
    Case # 24-CR-117-LAP


To whom it may concern,

I Am John Andrew Mattera and am in need of some information regarding my case, 24-CR-117-LAP in SDNY.

I would like to know the following:

1) When was your office first notified I would need a public defender, Date and time please.

2) Who requested your office for assistance in my case.

3) Who did your office assign my representation to and the date Assigned.

Please mail me this information as quickly as possible or email it to the following address at my attorneys email at the parallel SEC case Fschwartz@SWLAWYERS.LAW. My mail Address

John Mattera #371416, Hudson County Corrections, 30 Hackensack Ave, Kearny NJ 07032.

John Mattera #371416, Hudson County Corrections, 30 Hackensack Ave, Kearny NJ 07032.



John Mattera
30 Hackensack Ave
Kearny NJ 07032

Dept of Public Defender (CJA)
500 Pearl Street
New York NY 10007