```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      24-cr-117 (LAP)
        -v.-                         :
                                     :      ORDER
JOHN MATTERA,                        :
                                     :
                Defendant.           :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Mr. DeMarco, counsel for Defendant John Mattera in the above-captioned case, requesting to be relieved as Mr. Mattera's attorney. (Dkt. no. 20). The parties shall appear for a hearing on Mr. DeMarco's request on February 20, 2025 at 2 p.m. in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007. The CJA attorney on duty February 20, 2025, Steven Brill, shall appear at the hearing.

**SO ORDERED.**

Dated:   New York, New York
           February 18, 2025

                                 */s/ Loretta A. Preska*
                                _____
                                LORETTA A. PRESKA
                                Senior United States District Judge