UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOHN MATTERA,

           Defendant.

24-CR-117 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Based on Mr. Mattera's recent correspondence to the Court, the Chief Medical Officer of the Hudson County Facility, or his/her designee, shall report to the Court by letter no later than March 6 as to Mr. Mattera's medical condition.

SO ORDERED.

Dated:    New York, New York
          February 20, 2025

                            */s/ Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge