

SULLIVAN | BRILL
T R I A L   L A W Y E R S

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 21, 2025

**<u>Via ECF</u>**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re: *United States of America v. John Mattera*
       Ind. No.: 24 Cr. 117 (LAP)

Dear Judge Preska:

   As Your Honor is aware, yesterday, I was substituted as CJA counsel on this case, which is scheduled for trial on September 22, 2025. After conversations the former CJA counsel, and the government, and the client himself, it has become clear to me that given the necessary work associated with discovery review, the anticipated trial evidence, potential witnesses, and maintaining a productive attorney-client relationship, the assistance of another CJA attorney is vital to providing Mr. Mattera with effective assistance of counsel.

   I therefore respectfully request that Your Honor authorize the services of Edward Sapone, a member of the SDNY CJA panel, to serve as my co-counsel for this case. I am further requesting that Mr. Sapone be authorized to work in the capacity as a CJA attorney and therefore permitted to bill at the current CJA attorney hourly rates. Notably, Your Honor had granted a similar request in the past.

   Thank you for your consideration.

Counsel's request for Edward
Sapone to serve as co-counsel in
the capacity as a CJA attorney
and bill at the current CJA
attorney hourly rate in the
above-captioned action is
GRANTED.

**SO ORDERED.**

Dated: February 24, 2025

_____
LORETTA A. PRESKA, U.S.D.J.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Mattera

_____
By: Steven Brill