

June 2, 2025

<u>Via ECF</u>
Honorable Loretta A. Preska
United States District Judge
500 Pearl Street, Room 2220
New York, NY 10007

      Re:   *United States of America v. John Mattera*
            Ind. No.: 24 Cr. 117 (LAP)

Dear Judge Preska:

    Previously, Your Honor authorized the use of CJA funds for the services of Investigator Eric Rivera, to assist us in our representation of Mr. Mattera and his upcoming trial. Mr. Rivera respectfully request the ability to submit interim vouchers.

    Thank you for your consideration.

                          Very Truly Yours,

                          SULLIVAN|BRILL, LLP
                          Attorneys for Mr. Mattera

                          By: Steven Brill

```
Defense counsel's request to submit
vouchers is GRANTED. The Clerk of
the Court shall close docket number
33.

SO ORDERED.

Dated: June 3, 2025
```

                LORETTA A. PRESKA, U.S.D.J.