UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOHN MATTERA,

                Defendant.

24-CR-117 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion to adjourn the trial date until March 23, 2026, (dkt. no. 35), and the Government's response, (dkt. no. 37). Trial is adjourned to October 14, 2025. The Clerk of the Court is respectfully directed to close dkt. no. 35.

**SO ORDERED.**

Dated:    New York, New York
            July 29, 2025

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge