

SULLIVAN|BRILL
T R I A L   L A W Y E R S

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

July 31, 2025

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re:  *United States of America v. John Mattera*
        Ind. No.: 24 Cr. 117 (LAP)

Dear Judge Preska:

   As Your Honor is aware, this case is now scheduled for trial for October 14, 2025. Our client, Mr. Mattera, is presently incarcerated at the Hudson County Correctional Facility. In preparation for trial, we are told that with a Court Order, the facility will provide Mr. Mattera with a Lap Top computer, and the ability to review the hard drives of discovery in or outside of the law library on a regular basis. We therefore respectfully ask that Your Honor So Order this request.

   Thank you for your consideration.

           Very Truly Yours,

           SULLIVAN|BRILL, LLP
           Attorneys for Mr. Mattera

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

8/4/25

           By: Steven Brill