**SAPONE & PETRILLO, LLP**
40 Fulton Street / 17th Floor
New York, NY 10038
(o): (212) 349-9000
(e): ed@saponepetrillo.com
www.saponepetrillo.com

September 9, 2025

<u>BY ECF</u>
The Honorable Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: *United States v. John Mattera*
                    Indictment No. 1:24-CR-00117-1

Dear Judge Preska:

      Steven G. Brill, Esq. and I represent Defendant John Mattera in the above-referenced case. Trial is scheduled to begin on October 14, 2025 at 9:00 a.m. Pursuant to the Court's scheduling order, Defendant's requests to charge, proposed *voir dire* questions, and verdict sheet are due today. We respectfully ask Your Honor to give us a one-day extension of time to complete those submissions.

      The Government by AUSA Marguerite Colson does not object to this request.

      We very much appreciate Your Honor's consideration.

Respectfully submitted,

*Edward V. Sapone*
Edward V. Sapone (ES-2553)
Attorney for Defendant
John Mattera

```
Defendant's request for a one day extension
is GRANTED.  The Clerk of the Court shall
close docket number 47.

SO ORDERED.

Dated: September 10, 2025
```

      cc: AUSA Marguerite Colson
           AUSA Margaret Lynaugh
           AUSA Shiva Logarajah

_____
```
LORETTA A. PRESKA, U.S.D.J.
```