

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 3, 2025

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

        Re:    *United States of America v. John Mattera*
                Ind. No.: 24 Cr. 117 (LAP)

Dear Judge Preska:

      Along with Edward Sapone, I represent Mr. Mattera on his pending Indictment. As Your Honor is aware, a trial on this matter is scheduled for October 14. Both Mr. Sapone and I have been working diligently and will be ready to go on that date.

      Recently, our client has communicated with us that he has complaints about the government's failure to properly send him their discovery. In particular, Mr. Mattera tells us that over the course of his incarceration at Hudson County, his review of the discovery was interrupted because there was a delay in providing him the passwords to access the hard drives sent to him. In addition, he objects to the fact that, lately, the government has addressed certain trial disclosures, via flash drives – like their 3500 material and exhibits - to the Warden instead of to him directly. He explains to us that when he eventually receives the flash drives to him, they are opened without his knowledge and out of his presence. He believes he is prejudiced by these discovery and disclosure issues.

      Therefore, Mr. Mattera requests that Your Honor reschedule his trial date, in order to give him more time to review the government's discovery and trial disclosures.

      Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

```
Defendant's request to adjourn
trial is DENIED.  Trial will
commence as scheduled on October
14, 2025. The Clerk of the Court
shall close docket number 58.

SO ORDERED.

Dated: October 5, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.