UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-

JOHN MATTERA,

                             Defendant.

----------------------------------------------------------------X

24-CR-117 (LAP)

**ORDER**

To:    HONORABLE LORETTA A. PRESKA
       UNITED STATES DISTRICT JUDGE
       SOUTHERN DISTRICT OF NEW YORK

     Upon the application of Steven Brill, and Edward Sapone, attorneys for the above-named defendant, and upon all proceedings previously submitted herein, it is hereby:

     ORDERED, that the United States Department of Probation for the Southern District of Florida disclose John Mattera's entire Probation file to his attorneys Steven Brill and Edward Sapone, or in the alternative, directly to the Court, in connection with their representation of Mr. Mattera in the matter of *United States v. John Mattera*, 24 Cr. 117 (LAP).

Dated:    New York, New York
           October 6, 2025

                                                      SO ORDERED

                                                      _____
                                                      Hon. Loretta A. Preska
                                                      District Judge, United States District Court
                                                      Southern District of New York