5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :     **ORDER**
                                          :
                                          :     24 Cr 117 (LAP)
     John Mattera                         :     Docket #
                                          :
------------------------------------------x

**Loretta A. Preska**, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case
**Steven Brill + Edward Sapone** are hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to **Christopher Gunther**, NUNC-PRO-TUNC **October 07, 2025**
                        Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        October 27, 2025