UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        24-cr-117 (LAP)
        -v.-                         :
                                     :        ORDER
JOHN MATTERA,                        :
                                     :
              Defendant.             :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The parties shall appear for a hearing regarding Mr. Mattera's pre-sentence interview on February 17, 2026, at 12:30 p.m. in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
          February 11, 2026

_____
          LORETTA A. PRESKA
          Senior United States District Judge