UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,             :
                                      :          24-cr-117 (LAP)
        -v.-                          :
                                      :              ORDER
JOHN MATTERA,                         :
                                      :
            Defendant.                :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Sentencing in this matter, previously scheduled for March 9, 2026, is adjourned to May 18, 2026, at 10:00 a.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
          March 5, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge