UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :        24-cr-117 (LAP)
        -v.-                         :
                                    :        ORDER
JOHN MATTERA,                       :
                                    :
            Defendant.              :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Sentencing in this matter, previously scheduled for May 18, 2026, is adjourned to June 8, 2026, at 1:30 p.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
          May 11, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge