Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

August 18, 2026

VIA ECF

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. John Mattera, 24 Cr. 117 (LAP)

Dear Judge Preska:

I respectfully submit this letter to request that the Court appoint me as Criminal Justice Act counsel for Mr. Mattera in this matter. On August 4, Judge Sullivan approved my appointment as CJA counsel for Mr. Mattera in the violation of supervised release proceeding in *United States v. Mattera*, 12 Cr. 127 (RS), substituting for Christopher Gunther, who recently accepted an offer of employment with the National Fraud Enforcement Division of the U.S. Department of Justice. I understand that the government will soon submit a proposed order of restitution in this matter and I am requesting appointment so that Mr. Mattera is represented on that issue.

I have discussed the requested change of counsel with Mr. Mattera, as well as with the government and Mr. Gunther. There are no objections to this application.

Respectfully submitted,

/s/ Julian S. Brod

Julian S. Brod

cc: all counsel of record

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska, U.S.D.J.
August 24, 2026